FILED
May 27, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STEPHANIE SHINN, ) <br> ) <br> Defendant. ) | Case No. 2:09MJ00163-GGH <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  __STEPHANIE SHINN__ , Case No. __2:09MJ00163-GGH__ , Charge __18 USC § 844(f) & 26 USC § 5861(d)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __ Release on Personal Recognizance

    __  __ Bail Posted in the Sum of $_____

        __  __ Unsecured Appearance Bond

        __  __ Appearance Bond with 10% Deposit

        __  __ Appearance Bond with Surety

        __  __ Corporate Surety Bail Bond

    __✔__ (Other)  __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 27, 2009__ at __2:00 pm__ .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court