LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
RICHARD J. BENDER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>STEPHANIE ANN SHINN,<br><br>          Defendant. | Case No: 2:09-MJ-163 GGH<br><br>**GOVERNMENT'S MOTION TO DISMISS COMPLAINT AS TO DEFENDANT SHINN** |

The United States hereby moves to dismiss, without prejudice, the Complaint as to defendant Stephanie Ann Shinn on the basis that the government's review of the evidence presently available, including post-arrest evidence obtained after the Complaint was issued, has indicated that insufficient evidence presently exists to prove the charges contained in the Complaint as to defendant Shinn. This motion is made pursuant to Rule 48(a), F.R.Crim.P. and is made without prejudice in the event that additional evidence is obtained in the course of the investigation and prosecution of the remaining codefendant.


Dated: June 2, 2009

                                        LAWRENCE G. BROWN
                                        Acting U.S. Attorney

                                        by    /s/ Richard J. Bender
                                                  RICHARD J. BENDER
                                                  Assistant U.S. Attorney

ORDER

On the basis of the government's motion to dismiss without prejudice the Compliant in this matter as to defendant Stephanie Ann Shinn, it is hereby ORDERED, that the complaint is dismissed, without prejudice, as to defendant Staphanie Ann Shinn.

Dated: June 3, 2009.

_____
U.S. MAGISTRATE JUDGE